BEFORE THE THIRD DIVISION, FEBRUARY 10, 1955

**No. 58761.**—Barsamian-Moomjy Co., Inc. *v.* United States, protest 239341–K (New York).

Opinion by EKWALL, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58762.**—Rorstrand, Inc. *v.* United States, protest 207961–K (Baltimore).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 58763.**—Alltransport, Incorporated *v.* United States, protest 237416–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58764.**—Carl Pellitteri Co. *v.* United States, protest 237563–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58765.**—D. C. Andrews & Company, Inc. *v.* United States, protest 237932–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58766.**—D. C. Andrews & Company, Inc. *v.* United States, protest 238057–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.